ATTN: JUDGE ALLYNE ROSS

2-25-2022

OUT OF COURT SETTLEMENT $1,000,000,000
CONVERTED TO U.S.T BONDS

**PLAINTIFF**

PLEA BARGAIN
PERSONAL INJURY

**DEFENDANT**

BRANDON LAWRENCE
275 CLASSON AVE
BROOKLYN NY 11205

$10 BILLION

MIKHAIL PROKHOROV

CV 22-1115

RICHARD LAWRENCE
19 HAWK LANE
POUGHKEEPSIE NY 12601

LAWSUIT
→ TO PRESS
EXTORTION
→ TO PRESS
FBI FELONY CHARGE
MURDER
1

2022 NEW YORK
RANGE ROVER KRR 8786

3 PAUL PASTORINI NYPD
2 MAX RAMIREZ
1 LUCY KUHN
~~[scribbled out]~~

GREG SOBO ESQ

STALKING VIA SENSORSIUM CAMERA @ RESIDENCE

JULIES RAPHAEL ESQ

ATTN: MARKS & PAEZ CHIROPRATIC

ATTN: DR NATASHA KEENAN

Brandon Lawrence
200 Rector Place 34J
New York NY 10280



NEW YORK NY 100
24 FEB 2022 PM 14 L

PRO SE OFFICE

225 CADMAN PLAZA EAST
BROOKLYN NY 11205

USMS

11201-183299